RECEIVED

JUN - 5 2014

PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Kenneth Eng

Plaintiff

L'Poni Baldwin

Defendant

AMENDED COMPLAINT

14-cv-1644 (env)

I.    Parties

Plaintiff Kenneth Eng resides at 4266 Saull Street, Flushing, NY 11355
Defendant L'Poni Baldwin (aka Nipaporn Baldwin) resides at unknown

II.    The jurisdiction of the Court is invoked pursuant to 17 U.S. CODE § 501.

III.    In January 2014, L'Poni Baldwin published a book called The Society on Da Run: Dragons and Cicadas. This book infringes on my book Dragons: Lexicon Triumvirate, which was published in 2005.

Ms. Baldwin's book involves "Space Dragons", which are identical to the space dragons in Dragons: Lexicon Triumvirate. Ms. Baldwin also used a "Dragon God," which is identical to the dragon god Dennagon in my book Dragons: Lexicon Triumvirate.

Ms. Baldwin also combines futuristic technology and dragons in her book, which is a copy of the fact that I used futuristic technology and dragons in my book. She also includes a dragon city and spaceships, which were also in my writing.

Furthermore, she has another book called Tarnished: Tales of Broken Dragons and 300 Other Stories. This book involves aliens fighting dragons, which is identical to the concept of one of my comic books, Dragons Vs. Aliens.

In addition, she has another book called Dragonworld ETC, which is a ripoff of a term I used in Dragons. Dragonworld in my writing referred to the dragons' homeworld.

In her saga, she also makes use of "cybernetic dragons", which was a creature in my book (except in Dragons: Lexicon Triumvirate, they were called Technodragons). She also has the dragons using weapons, which is a ripoff of my world where the dragons use swords and guns.

**Furthermore, Baldwin copies from Japanese anime. This is copyright infringement that proves that coons cannot come up with their own ideas. In**

**addition, she mentions that the dragons in her story came from Pre-Cambrian Earth. I also had a similar history in my story, in which dragons evolved from the dinosaurs.**

As my book came out in 2005, it is my belief that she stole my writing. Research indicates that she is black. As I am a well-known Asian Supremacist, I believe she may have done this as an act of retaliation.

IV.    I am seeking $10,000,000 in damages from Ms. Baldwin.

June 3, 2014

917-573-9453