```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
```
KENNETH ENG,                                      JUDGMENT
                                                                       14-CV- 1644 (ENV)

                     Plaintiff,

     -against-

L'PONI BALDWIN,

                     Defendant.
```
-------------------------------------------------X
```

         A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on June 30, 2014, dismissing Plaintiff's Amended Complaint with prejudice; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of any appeal; it is

         ORDERED and ADJUDGED that Plaintiff's Amended Complaint is dismissed with prejudice; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; that *in forma pauperis* status is denied for the purpose of any appeal; and that Plaintiff shall recover nothing of the Defendant.

Dated: Brooklyn, New York                                             Douglas C. Palmer
        June 30, 2014                                                       Clerk of Court

                                                            by:      */s/ Janet Hamilton*
                                                                           Deputy Clerk